UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMAZON.COM, INC., *et al.*,<br><br>                     Plaintiffs,<br><br>         v.<br><br>SIROWL TECHNOLOGY, *et al.*,<br><br>                     Defendants. | CASE NO. 2:20-cv-01217-RSL-JRC<br><br>ORDER GRANTING MOTION TO FILE OVER-LENGTH MOTION |

This matter is before the Court on referral from the district court and on plaintiffs' motion to file an over-length motion for default judgment against defendants. *See* Dkt. 22. Plaintiffs ask for a total of 19 pages, which is 13 pages over the 6-page limit imposed by Local Civil Rule 7(e)(1). The Court finds good cause and grants the motion. Plaintiffs may file a motion for default judgment not to exceed 19 pages.

Dated this 3rd day of August, 2022.

J. Richard Creatura
Chief United States Magistrate Judge